UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,                 No. C 07-2811 SI (pr)

      Plaintiff,                **JUDGMENT**

  v.

IRENE JURADO; et al.,

      Defendants.
                                  /

      This action is dismissed without prejudice to plaintiff filing a new action for denial of access to the courts after he exhausts administrative remedies for the claim.

      IT IS SO ORDERED AND ADJUDGED.

Dated: September 5, 2007

                                            SUSAN ILLSTON
                                            United States District Judge